A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Alan Keith Houchen
C/o Paul Rein Facility #0-2-2-2.
# 131 901 805

)
)
)
)
)
)
)

FILED BY _____ D.C.
JUN 12 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

v.

Wellpath Medical (Sup. Cont. B.S.O.)
Dept. of Corrections / BSO. / DAV.
Trinity Food Service Corp. / Q.O.D.
(private contractor for BSO)

)
)
)
)
)

cat / div  550
Case # _____
Judge _____  Mag. Reid
Motu ifp  Yes  Fee pd $10
Receipt # _____

(Enter above the full name of the defendant or
defendants in this action.)

Instructions for Filing Complaint by Prisoners Under the
Civil Rights Act, 42 U. S. C. 1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for you own records. **All copies of the complaint must be identical to the original.**

The clerk will not file your complaint unless it conforms to these instructions and to these forms.

Your complaint must be legibly handwritten or typed. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants are located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

1

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in other copy is for your records. After filling in the petition, authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )    No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: _NONE_
         "

         Defendants: _NONE_
         "

      2. Court (if federal court, name the district; if state court, name the county):
         NONE
         "

      3. Docket Number: _____

      4. Name of Judge to whom case was assigned: _NONE_
         "

      5. Disposition ( for example: Was the case dismissed? Was it appealed? Is it still pending?):
         NONE
         "

      6. Approximate date of filing lawsuit: N/A

      7. Approximate date of disposition: N/A

II. Place of present confinement: _Paul Rein Facility, Pompano Beach Fla._
   2 P.O. Box # 407003 Dorm # D-2-2-2
   (Mailing address → Ft Lauderdale Fla 33346
   Only )

A. Is there a prisoner grievance procedure in this institution: Yes (✓) No ( )

(Kiosk Computer)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES:
  1. What steps did you take? CHAIN OF COMMAND. DEPUTY/OIC/ Sgt. / THRU THE COMPUTER.
  2. What was the result? ALWAYS THE SAME RESPONSE (UNFOUNDED) (CLOSED) (SPOKE TO INMATE RE: SITUATION)

D. If your answer is NO, explain why not: HAVE FOLLOWED ALL CHAIN OF COMM. RULES - RIGHT FROM INMATE/OFFICER (RULE) HANDBOOK

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

B. Defendant B.S.O. Broward County Sheriff's Office "D.O.D."
Is employed as B.S.O. SHERIFF'S DEPT. at Paul Rein Facility
P.o Box #407003 Ft. Lauderdale FLA. 33040

C. Additional Defendants: WELLPATH MEDICAL / Contracted By BSO. @ Paul Rein Facility. Responsible for the loss of sight in my Right Eye. I am now Blind in my Right Eye.

IV. Statement of Claim

State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

(Use as much space as you need. Attach extra sheets if necessary.)

After Declaring A Medical Emergency on Dec. 12th 2019, I was denied medical attention causing the loss of sight in my Right Eye. Approx 2½ months after Reporting to BSO officers/Medical (Wellpath Med.) on 2-14-20, Finally getting to see what Thought to be / who was a real Doctor! 3 " The Dr. (Dr. Berger) stated to me " If you would have gotten the needed Medical Attention before Now, you may have been OK."

Cont →

**#1.)** On 12-10-19, I was verbally ordered to get out of my wheelchair (have been placed thereby BSO Correctional Medical Main Jail on Oct. 31st 2019). On 12/10/19, I was ordered by Dept. Harley C Paul Rein Facility, to get up out of the wheelchair - "You'll not be using to go to court with". Deputy Harley proceeded to start a war. I wrote the long up Formal Grievance / I eventum received a Disaplinary report by her friend. Well after being threatened by BSO officer Harley, receiving a Disaplinary Report, I was then convicted of the fabulous DR and denied my right to appeal DOC decision. On 12-17-19, After going thru a Kangaroolous Hearing - with the same Exact Deputy, which created the entire situation to begin with. Deputy Harley was not and still is not qualified to give me a direct verbal order to leave the wheelchair. I was put into by a real doctor." Nor it not due process when she (Deputy Harley) takes part in the DR Hearing (conflict of Interest"). My 15 day deadline was not given, After numerous attempts to appeal on those grounds. Finaly Another (Grievance) I couldnt brought out an Elect. Lt." Adrian Philpart (Admin). On 1-3-20 Lt. Philip I come personaly to the Dorm and spoke with me re: my grounds for appeal (Conflict of Intrest) Due to her (Deputy Harley) being responsible for the creation of DR. Lt. Adurress, which I have a copy off the Kiosh computer system Stating "Your grounds are being reviewed." After numerous attempts to contact Lt. Philpint, no response at all. "Unfounded" Thats all I got from the computer.

**#2.)** After attempting to prepair motions to seek (get) a court order by a Magistrate Judge from the 17th Judicial Circuit, BSO Corrections Refused to notorize the paperwork for the Court Order Nor would they notorize this or other documents for the Courts. When the deputy looked at the complaint being filed, After I signed them all, she declined to notorize anything. I'm sending them to you as is. Along with my signature on a civil rights / class action suit" against BSO. Sheriffs Dept.

**#3)** Since being at this facility Oct. 2019, Same Unit / Same Room 6+ months now I have seen a hundred different inmates handling other peoples food with (NO MEDICAL CLEARANCE) what so ever. In the computer you'll see I've inquired as to why this is going on this way with this virus caos going on? Numerous times I have equired as to why this is going on. It's being completly over seen by Trinity Food Service. (Contracted to provide food service for corrections)

V. Relief

**State briefly exactly what you want the court to do for you.**

Make no legal arguments, Cite no cases or statutes. Theres nothing that the court can do that I know of. You can't change the fact the negligence on BSO / Wellpath Medical. I can't turn back the hands of time. Guess you live and learn, hopefuly the way things are run here — Some of us will be very lucky to even walk out of here at all! cont

As for the way Officers and others (Officers) should try to be a little more professional the way they handle/treat others. The way in which people are feed is un-believable not just very nasty, but extremely dangerous also. Everyday the food system, feeding cart, is out rojors.

Thank you very much. [signature]

Signed this __3RD__ day of __June__, 20__20__

_____
C/o [illegible] Reen Facility D222
(Signature of plaintiff or plaintiffs) 6-3-20

**VERIFICATION**

State of Florida
County of Broward

I __Alan Keith Hochen__, being first duly sworn, under oath, says: That he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

_____
Signature of Plaintiff

Subscribed and sworn to before me this __3rd__ day of __June__, 20__20__

_____

4th on 6/3/20 @ 11:20 AM (Sunday) Classification Dept. refused to notarize my Civil rights complaint / and other legal wants prepared for 17th Judicial Court Broward County Fl.

5

ALAN K. HOUCHEN #131901805
C/O PAUL REIN FACILITY # 0.2.2.2
P.O. BOX # 407003
Ft. LAUDERDALE, FLORIDA 33340-7003

"LEGAL MAIL"
ENCLOSED!

JUN 12 2020
12:04 PM

USMS
INSPECTED RECEIVED
LEGAL MAIL 7/11/77

This letter originates from
Broward County jail facility.
Inmate mail is uncensored and
the Sheriff cannot assume
responsibility for its contents.

ATTN: CLERKS OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH/MIAMI AVENUE # 8N09
MIAMI, FLORIDA 33128-7716

33128-180549